UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GLENN CARTER,

                Plaintiff,

v.

JAY INSLEE, et al.,

                Defendants.

Case No. C16-1726-RSL-MAT

ORDER GRANTING MOTION FOR EXTENSION OF TIME AND DENYING MISCELLANEOUS MOTIONS

      This is a prisoner civil rights action under 42 U.S.C. § 1983. Currently before the Court are plaintiff's "Motion for Notification of Rights Violations by Def. Morgan and Assoc." (Dkt. 40 at 1), "Motion of extension for Amended Complaint due date" (Dkt. 40 at 2-3), "Motion of request for transfer out Washington State Dept. of Corrections" (Dkt. 41), an updated and modified "Motion of extension of Time for filing of amended complaint" (Dkt. 42 at 1-3), and a second "Motion of Notification of Rights violations by Def. Morgan and assoc. and an order compelling compliance" (Dkt. 42 at 4-7). Having reviewed the motions, the Court ORDERS:

      (1)    Plaintiff's motions for extension of time to file an amended complaint (Dkt. 40 at 2-3; Dkt. 42 at 1-3) are GRANTED. Given that plaintiff's access to legal materials seems

ORDER - 1

intermittent, the Court will grant a 60-day extension, instead of the 30-day extension plaintiff requested. Plaintiff shall file his amended complaint on or before **May 30, 2017**.

(2) In the remaining motions, plaintiff asks the Court to stop alleged rights violations by Defendant Morgan and his associates and to order that he be transferred out of Washington State. The motions (Dkt. 40 at 1; Dkt. 41; Dkt. 42 at 4-7) are STRICKEN as premature. Plaintiff has not presented the Court with a viable complaint. Until a complaint is filed that survives the mandatory screening process, the Court will strike any motions by plaintiff except for ones requesting additional time to file an amended complaint.

(3) The Clerk shall direct copies of this Order to plaintiff and to the Honorable Robert S. Lasnik.

DATED this 30 day of March, 2017.

MARY ALICE THEILER
United States Magistrate Judge

ORDER - 2