UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GLENN CARTER, | |
| Plaintiff, | Case No. C16-1726-RSL |
| v. | ORDER OF DISMISSAL |
| JAY INSLEE, et al., | |
| Defendant. | |

Having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation;

(2) Plaintiff's second amended complaint and this action are DISMISSED with prejudice and without leave to amend for failure to state a claim upon which relief may be granted;

(3) This dismissal counts as a STRIKE under 28 U.S.C. § 1915(g); and

///

///

///

ORDER OF DISMISSAL - 1

(4)  The Clerk is directed to send copies of this Order to plaintiff and to Judge Theiler.

Dated this 10th day of January, 2018.

_____
ROBERT S. LASNIK
United States District Judge

ORDER OF DISMISSAL - 2